# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAFAEL VIDALS HERNANDEZ**, *individually and on behalf of all others similarly situated*, <br><br> **Plaintiff,** <br><br> v. <br><br> **POLLY, INC.,** *doing business as* **MARTY GRAS BAR & GRILL, et al.,** <br><br> **Defendants.** | Civil Action No. 22-1244 (JBC) <br><br><br> **ORDER APPROVING SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE** |

**THIS MATTER** having been brought before the Court upon a joint motion for settlement approval [Dkt. No. 26] and the Court having conducted a settlement approval hearing earlier today; and for the reasons set forth on the record and for good cause shown;

**IT IS** on this 17th day of May 2023,

**ORDERED** that the Court hereby **APPROVES** the settlement agreement between the parties in this matter [Dkt. No. 26, Exh. 1] for the reasons set forth on the record; and it is further

**ORDERED** that this action against the Defendants is hereby dismissed with prejudice, but the Court shall retain exclusive and continuing jurisdiction over the action and all parties to interpret and enforce the terms, conditions, and obligations of the Settlement Agreement.

                                                              s/ James B. Clark, III  
                                                              **JAMES B. CLARK, III**  
                                                              **United States Magistrate Judge**